UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| X-RAY OPTICAL SYSTEMS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> INNOV-X SYSTEMS, INC., <br><br>     Defendant. | Civil Action No. 1:11-CV-0156 (TJM/RFT) <br><br> **FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT** |

Innov-X Systems, Inc. d/b/a Olympus Innov-X states the following pursuant to Fed. R. Civ. P. 7.1(a):

Innov-X Systems, Inc. is a wholly-owned subsidiary of Olympus NDT Corporation, which is in turn a wholly-owned subsidiary of Olympus Corporation of the Americas, which is in turn a wholly-owned subsidiary of Olympus Corporation.  Shares of Innov-X Systems, Inc., Olympus NDT Corporation, and Olympus Corporation of the Americas are not publicly traded. Olympus Corporation is publicly traded in the United States through American Depositary Receipts (ADRs).

Dated:  April 8, 2011

Respectfully submitted,

INNOV-X SYSTEMS, INC.,

By its attorneys,

/s/ Robert D. Carroll
Robert D. Carroll (BRN 516863)
rcarroll@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231

LIBA/2166271.2

## CERTIFICATE OF SERVICE

       The undersigned counsel certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2011.

                                                /s/ Robert D. Carroll

LIBA/2166271.2