UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
                                       )
X-RAY OPTICAL SYSTEMS, INC.            )
                        Plaintiff,     )
                                       )  Civil Action No.: 1:11-CV-0156
        -against-                      )            (TJM/RFT)
                                       )
INNOV-X SYSTEMS, INC.,                 )
                                       )
                        Defendant.     )
_____)


**STIPULATION REQUESTING ORDER FOR EXTENSION OF TIME**

The undersigned parties, representing all the parties in the above-captioned matter, hereby stipulate as follows:

1. Defendant Innov-X Systems, Inc. has filed a Motion to Dismiss (D.E. 9) in the above-referenced matter that was originally made returnable by Defendant on **June 13, 2011**.

2. On April 11, 2011 the Court entered a text notice moving the return date to **May 9, 2011**.

3. Papers in opposition to the motion currently are due on or before **April 22, 2011**.

4. This stipulation is being filed on or before the date specified in paragraph 3 above.

5. All the parties to this action have agreed to adjourn the return date for this motion to the original return date of **June 13, 2011**.  Thus, the new return date is not more than thirty-one days after the original return date.

6. The parties have further agreed as follows:

    a. Papers in opposition to the motion will be filed on or before **May 19, 2011**.

    b.    Where permitted by local rule or otherwise, reply papers will be filed on or before **June 2, 2011**.

    c.    All papers filed in connection with this motion will be filed at least eleven days before the new return date and forty five days before the trial ready date set forth in the Scheduling Order.

7.    This extension of time in no way effects the deadlines set forth in the Scheduling Order, including the trial ready date.

8.    The parties request that the Court so order this stipulation for an extension of time.

Dated: April 19, 2011

| | |
|---|---|
| /s/ Nicholas Mesiti | /s/ Robert D. Carroll |
| Nicholas Mesiti, Esq. | Robert D. Carroll |
| NDNY BRN: 102,192 | NDNY BRN: 516,863 |
| **HESLIN ROTHENBERG FARLEY & MESITI P.C** | **Goodwin Procter LLP** |
| Columbia Circle | Exchange Place |
| Albany, New York 12203 | Boston, MA 02109 |
| Telephone: (518) 452-5600 | Telephone: 617-570-1753 |
| Facsimile: (518) 452-5579 | Facsimile: 617-523-1231 |
| E-mail: nm@hrfmlaw.com | E-mail: rcarroll@goodwinprocter.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |