UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| X-RAY OPTICAL SYSTEMS, INC. | ) ) |
| Plaintiff, | ) ) Civil Action No.: 1:11-CV-0156 |
| -against- | ) (TJM/RFT) ) |
| INNOV-X SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

**STIPULATION REQUESTING ORDER FOR EXTENSION OF TIME TO ANSWER**

The parties, Plaintiff X-Ray Optical Systems, Inc. ("XOS") and Defendant Innov-X Systems, Inc. ("Innov-X"), through their respective counsel, hereby stipulate that XOS's time to serve an Answer to Innov-X's Counterclaims (D.E. 10), or otherwise move, shall be extended from April 29, 2011 to May 31, 2011.  The parties respectfully request that the Court so order this stipulation for an extension of time.

Dated: April 27, 2011

/s/ Nicholas Mesiti
Nicholas Mesiti, Esq.
NDNY BRN: 102,192
**HESLIN ROTHENBERG FARLEY & MESITI P.C**
Columbia Circle
Albany, New York  12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
E-mail: nm@hrfmlaw.com

*Attorney for Plaintiff*

/s/ Robert D. Carroll
Robert D. Carroll
NDNY BRN: 516,863
**Goodwin Procter LLP**
Exchange Place
Boston, MA 02109
Telephone: 617-570-1753
Facsimile: 617-523-1231
E-mail: rcarroll@goodwinprocter.com

*Attorneys for Defendant*