UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------

X-RAY OPTICAL SYSTEMS, INC,

                Plaintiff,

v.                          1:11-cv-156

INNOV-X SYSTEMS, INC.,

                Defendant.

----------------------------------------

THOMAS J. McAVOY
Senior United States District Judge

### ORDER

Upon reviewing Defendant's motion to dismiss (Dkt. No. 9), the papers submitted in support thereof, Plaintiff's papers submitted in opposition thereto, and the oral arguments made on June 13, 2011, its hereby ORDERED that Defendant's motion to dismiss is GRANTED and the claims for misappropriation of trade secrets, unfair competition, unjust enrichment, conversion, and breach of the implied covenant of good faith and fair dealing are DISMISSED. To the extent Plaintiff seeks to file an amended complaint, it shall file an appropriate motion.

IT IS SO ORDERED.

Dated: 7/14/11

                                              Hon. Thomas J. McAvoy
                                              S.U.S.D.J.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 14 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton